FILED ___ ENTERED
LODGED ___ RECEIVED

FEB - 5 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

06-CV-01090-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MITEL HARESH PATEL,

    Petitioner,

v.

ALBERTO R. GONZALES, et al.,

    Respondents.

CASE NO. C06-1090-JLR

ORDER OF DISMISSAL

    The Court, having reviewed petitioner's 28 U.S.C. § 2241 petition, all papers and exhibits in support and in opposition to that petition, the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Petitioner's § 2241 petition is DENIED, and this action is DISMISSED with prejudice; and

    (3)    The Clerk is directed to send copies of this Order to the parties and to Judge Benton.

    DATED this 3rd day of February, 2007.

                                            JAMES L. ROBART
                                            United States District Judge

ORDER
PAGE – 1